UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>$20,000.00 IN UNITED STATES )<br>CURRENCY, More or less; )<br>)<br>Defendant. )<br>_____) | Civil Case No. 11-1095-CM-JPO |

**MOTION FOR ENTRY OF PARTIAL DEFAULT JUDGMENT AND REQUEST FOR FINAL ORDER OF FORFEITURE**

COMES NOW the United States of America, by and through Barry R. Grissom, United States Attorney for the District of Kansas, and Robin L. Hathaway, Special Assistant United States Attorney, and respectfully moves the Court for the entry of partial default judgment and a final order of forfeiture. In support of this motion, the United States shows the Court as follows:

1. Pursuant to Federal Rules of Civil Procedure 55(a) a Clerk's Entry of Partial Default was filed on November 22, 2011, against all persons, except William DeGrange, for failing to file a claim. (Doc. 15).

2. Pursuant to Federal Rule of Civil Procedure 55(b)(2), plaintiff, the United States of America, hereby requests that the Court enter partial default judgment in favor of plaintiff thereby forfeiting the interests of all persons, except William DeGrange, for their failure to come forward and contest this action. William DeGrange will therefore remain as the only claimant before the Court.

3. The United States and William DeGrange have entered into a settlement stipulation wherein $7,000.00 of defendant $20,000.00, more or less, will be released in  to

William DeGrange in satisfaction of his pending claim; and, the remaining $13,000.00, more or less, of defendant $20,000.00, more or less, will be forfeited to the United States.

4.  The proposed Final Order resolves all of the issues, claims and property interests in this matter.

WHEREFORE, the United States of America respectfully moves the Court to enter partial default judgment in favor of plaintiff; and, then, to enter a final order of forfeiture implementing the associated settlement stipulation..

Respectfully submitted,

BARRY R. GRISSOM
United States Attorney


s/ Robin L. Hathaway
ROBIN L. HATHAWAY, #19376
Special Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Fax: (316) 269-6484
robin.hathaway@usdoj.gov

## CERTIFICATION OF SERVICE

I hereby certify that on the 22nd day of December, 2011, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will provide electronic copies of this pleading to the counsel of record.

s/ Robin L. Hathaway

ROBIN L. HATHAWAY
Special Assistant United States Attorney